UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARNOLD MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:96CV1511-SNL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff urges the Court to correct a disparity in which the term "special parole" is used. The matter has been referred to the United States Parole Commission for clarification.

On March 27, 1997 the U.S. Parole Commission ordered Mitchell released on parole from his 20 year term of imprisonment. He is subject to parole supervision on ordinary parole (not special parole) until the full term date of his 20 year sentence which is September 26, 2008.

**IT IS THEREFORE ORDERED** that Mitchell continues to be subject to parole supervision on ordinary parole (not special parole) until September 26, 2008.

Dated this ___10th___ day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE